AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   CONNECTICUT

UNITED STATES OF AMERICA

V.                                            **APPEARANCE**

**CHAUNCEY MOORE**

DOCKET NUMBER: 3:03-CR-00178(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| September 23, 2005 | /s/ |
|---|---|
| DATED | SIGNATURE |

PAUL A. MURPHY
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct26654
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut        06604
CITY        STATE        ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to the following this 23rd day of September, 2005:

Gary D. Weinberger, Esq.
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106

/s/
PAUL A MURPHY
ASSISTANT UNITED STATES ATTORNEY