UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO: 3:03-CR-00178(RNC) |
| | : | |
| CHAUNCEY MOORE | : | SEPTEMBER 23, 2005 |

MOTION TO WITHDRAW APPEARANCE

To the Clerk of the court and all parties of record, please withdraw the appearance of Brian E. Spears, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/S/
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut  06604
(203) 696-3000
Federal Bar No. ct26654

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to the following this 23rd day of September, 2005:

Gary D. Weinberger, Esq.
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106

/S/_____
PAUL A MURPHY
ASSISTANT UNITED STATES ATTORNEY