UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR178(RNC) |
| CHAUNCEY MOORE | : | January 5, 2006 |

## UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

On December 2, 2005, this Honorable Court held a telephone status conference with counsel in which the Court sought supplemental input regarding certain questions. Counsel for the Government and the undersigned counsel jointly proposed submission of supplemental memoranda to address those questions. The Court set a briefing schedule, with Defendant's supplemental memorandum due January 9, 2006, Government's supplemental memorandum due January 27, 2006, and Defendant's reply due February 7, 2006. By this motion, and with the consent of Counsel for the Government, the Defendant respectfully moves to modify the briefing schedule as follows: Defendant's supplemental memorandum due January 13, 2006, Government's supplemental memorandum due February 3, 2006, and Defendant's reply due February 17, 2006.

Respectfully submitted,

The Defendant,
Chauncey Moore

Thomas G. Dennis
Federal Defender

Dated: January 5, 2006

Gary D. Weinberger
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05085
(860) 493-6260
Email: gary.weinberger@fd.org

January 5, 2006. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.