THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF THE BRIDGEPORT CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of CHAUNCEY MOORE, Inmate #174165, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said CHAUNCEY MOORE, Inmate #174165, before the Honorable, Robert N. Chatingy,  United States Chief District Judge, United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, on TUESDAY, MARCH 21, 2006, at 11:00 a.m., and from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said CHAUNCEY MOORE, Inmate #174165, for violation of Title 18, United States Code, Section 922(g)(1). Immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said CHAUNCEY MOORE, Inmate #174165 to the Warden of the Bridgeport Correctional Center, Bridgeport, Connecticut under safe and secure conduct.

The following Writ is
hereby allowed.  Dated
at Bridgeport,
Connecticut, this _____
day of March, 2006

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

_____KEVIN F. ROWE_____
CLERK, U.S. DISTRICT COURT


/s/_____
DEPUTY CLERK