# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      v.                            **APPEARANCE**

                                      CASE NO.: 3:03CR178(RNC)

CHAUNCEY MOORE

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*

                              **CHAUNCEY MOORE**

| | |
|---|---|
| *Date: 3/15/2006* | /s/_____<br>*Signature* |
| *Bar No.: CT05085* | Gary D. Weinberger<br>*Print Name* |
| | FEDERAL DEFENDER OFFICE<br>*Firm Name* |
| | 10 Columbus BLVD, FL 6<br>*Address* |
| | Hartford,    CT    06106-1976<br>*City    State    Zip Code* |
| | (860) 493 6260<br>*Phone Number* |

*I hereby certify that a copy of the foregoing has been mailed to: Paul A. Murphy, Assistant United States Attorney, 915 Lafayette Blvd., Bridgeport, CT 06604, on this 15th day of March, 2006.*

                                      /s/_____
                                      *Signature*