UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ELECTRONIC FILING ORDER**

All documents in this case will be filed electronically, in accordance with the District Court's CM/ECF Policies and Procedures Manual.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) supporting or opposing:

a.   Motions to dismiss;

b.   Motions to suppress;

c.   Trial briefs; and

d.   Any other filing that exceeds 15 pages.

So ordered.

_____/s/_____
Robert N. Chatigny
United States District Judge