UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.3:03CR178(RNC) |
| CHAUNCEY MOORE | : |

<u>SCHEDULING ORDER</u>

    1.    The plea of guilty by this defendant having been knowingly and voluntarily made, a finding of guilty will enter forthwith, and the case is referred to the United States Probation Office for the preparation of a Presentence Report.

    2.    The defendant will appear for sentencing on <u>June 18, 2007</u> at <u>9:30 a.m.</u> in Courtroom No. 3 of the Annex at the United States Courthouse, 450 Main Street, Hartford, Connecticut.

    3.    The Presentence Report will be disclosed to the defendant, counsel for defendant, and the Government by no later than <u>April 24, 2007</u>.  Counsel will then have five (5) days in which to communicate to the probation officer any objections they may have as to any material information, sentencing classifications, sentencing guideline range, and policy statements in the Report.  The second or final version of the Presentence Report must be disclosed to counsel and to the court by <u>May 15, 2007</u>.

    4.    The defendant will submit any memorandum in aid of sentencing by no later than <u>May 22, 2007</u>.  The Government will submit any response to the defendant's sentencing memorandum by no later than <u>May 29, 2007</u>.

It is so ordered.

ENTERED at Hartford, Connecticut, this 13th day of March 2007.

                                        /s/
                                       Robert N. Chatigny
                            United States District Judge