UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR178(RNC) |
| CHAUNCEY MOORE | : | July 25, 2007 |

### UNOPPOSED MOTION TO POSTPONE SENTENCING

Chauncey Moore has pled guilty to unlawful possession of a firearm. Sentencing is currently scheduled for August 3, 2007. He respectfully moves to postpone sentencing until October 3, 2007. The time sought herein is necessary to adequate preparation for sentencing. Federal Rule of Criminal Procedure 32(b)(1) directs the Court to "impose sentence without unnecessary delay." Mr. Moore respectfully submits that the delay sought herein is necessary to a fully informed imposition of sentence. Counsel for the Government states that the Government does not object to this request.

Respectfully submitted,

The Defendant,
Chauncey Moore

Thomas G. Dennis
Federal Defender

Dated: July 25, 2007        /s/
Gary D. Weinberger
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05085
(860) 493-6260
Email: gary.weinberger@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Gary D. Weinberger