UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR178(RNC) |
| CHAUNCEY MOORE | : | |

MOTION TO WITHDRAW

COMES NOW Assistant Federal Defender Gary D. Weinberger, court-appointed counsel for the defendant, Chauncey Moore, to move the Court pursuant to Local Rule of Civil Procedure 7(e), as made applicable by Local Rule of Criminal Procedure 1(c), for leave to withdraw as counsel for Mr. Moore for the reason that there has been an irretrievable breakdown in the working relationship between Mr. Moore and the undersigned counsel. The undersigned counsel represents as an officer of this Court that there are very substantial and irreconcilable differences between Mr. Moore and the undersigned counsel which cannot be resolved. It is in the interests of justice that Mr. Moore have counsel in whom he has confidence and with whom he can work effectively. This motion is made in the good faith belief that the best interests of justice and Mr. Moore would be served by discharging the office of the Federal Defender and by appointing substitute counsel from the Criminal Justice Act Panel to represent him henceforth.

Mr. Moore has pled guilty and is scheduled for sentencing on November 8, 2007. Mr. Moore is aware that the granting of this motion will delay his sentencing. Mr. Moore expressly desires that sentencing be postponed in order to afford him the necessary time to consult with new counsel. A copy of this motion has been sent by certified mail to Mr. Moore. Counsel for the Government takes no position on the merits of the motion but requests that the Court canvass Mr. Moore regarding his willingness to agree to the postponement of his sentencing which will result from the granting of the motion.

- 2 -

Respectfully submitted,

The Defendant,

Thomas G. Dennis
Federal Defender

Dated: October 29, 2007        /s/
                                         Gary D. Weinberger
                                         Asst. Federal Defender
                                         10 Columbus Blvd, FL 6
                                         Hartford, CT 06106-1976
                                         Bar No. ct05085
                                         (860) 493-6260
                                         Email: gary.weinberger@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 29, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy has been sent by certified mail to Mr. Chauncey Moore, Wyatt Detention Center, 950 High Street, Central Falls, RI 02863.


                                         /s/
                                         Gary D. Weinberger