UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CR178 (RNC) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CHAUNCEY MOORE, | : | |
| DEFENDANT | : | August 15, 2008 |

DEFENDANT CHAUNCEY MOORE'S
MOTION TO CONTINUE SENTENCING

The defendant, **CHAUNCEY MOORE**, by and through undersigned counsel, respectfully moves this Court to continue his sentencing which is currently scheduled for August 25, 2008 to September 29, 2008 or a date thereafter that is convenient to the Court and Counsel. In support of this motion, defense counsel represents as follows:

1.    On or about March 13, 2007, the defendant pled guilty to an indictment charging him with Unlawful Possession of a Firearm in violation of 18 U.S.C. §922(g). Sentencing is currently scheduled for August 25, 2008. At the time of his plea, the Court indicated to the defendant that he would have ample time to research, brief and prepare to argue each and every

point of law he believed was necessary and appropriate in furtherance of a fair and just sentence.

2. The undersigned counsel needs additional time to meet with the defendant and to investigate relevant sentencing issues.

3. The undersigned believes that the interests of justice would be furthered by allowing the defendant to continue his sentencing until September 29, 2008.

4. The undersigned has spoken to Assistant United States Attorney Paul Murphy regarding the defendant's motion, and the government does not object to the undersigned's request.

5. This is **CHAUNCEY MOORE's** second motion for a continuance of his sentencing date.

WHEREFORE, the defendant **CHAUNCEY MOORE** respectfully requests that his motion for a continuance of sentencing be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
**CHAUNCEY MOORE**

BY_____
     Bruce D. Koffsky, Esq.
     Koffsky & Felsen, LLC
     1200 Summer Street
     Suite 201B
     Stamford, CT  06905
     Tel.: 203-327-1500
     Fax: 203-327-7660
     Federal Bar No.: ct03772

## CERTIFICATION

THIS IS TO CERTIFY that on August 15, 2008 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____

Bruce D. Koffsky